1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Ste. 200
   San Francisco, CA 94108
3  Tel:   (415) 956-5513
   Fax:   (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.

6

7

8           UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11 KULDEEP SINGH TUTT,              )   No. 2:08-cv-02293-MCE-GGH
                                    )
12                                  )
         Plaintiff,                 )
13                                  )
       v.                           )
14                                  )   JOINT STIPULATION TO DISMISS;
   DAVID ROARK, DIRECTOR, USCIS     )   ORDER
15 TEXAS SERVICE CENTER GERARD      )
   ET AL.,                          )
16                                  )
         Defendants.                )
17 _____)

18      Plaintiff, by and through her attorney of record, and Defendants, by and through their

19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

20 above-entitled action, in light of the fact that the United States Citizenship and Immigration

21 Services adjudicated Plaintiff's application for adjustment of status.

22

23 Dated: November 13, 2008          By: /s/ Robert B. Jobe
                                     Robert B. Jobe
                                     Attorney for the Plaintiff
24
   ///
25
   ///
26
   ///
27

28

1 | McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter be is dismissed.  IT IS SO ORDERED.

Dated:  November 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE